```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LEROY STORIE,
11            Petitioner,              No. CIV S-06-2765 FCD KJM P
12      vs.
13  M. KRAMER, Warden,
14            Respondent.              ORDER
15  _____/
```

16    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17 habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18 pauperis. In his application, petitioner challenges a conviction issued by the Kern County

19 Superior Court. Kern County is part of the Fresno Division of the United States District Court

20 for the Eastern District of California. See Local Rule 3-120(d).

21    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22 the proper division of a court may, on the court's own motion, be transferred to the proper

23 division of the court. Therefore, this action will be transferred to the Fresno Division of the

24 court. This court will not rule on petitioner's request to proceed in forma pauperis.

25 /////

26 /////

Dockets.Justia.com

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3       2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

5       3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 11, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
stor2765.109

2